**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JUSTIN DWAYNE BLANTON,** § | |
| **PLAINTIFF,** § | |
| § | |
| v.  § | **CIVIL CASE NO. 3:18-CV-765-M-BK** |
| § | |
| **COBRA ENTERPRISES OF UTAH, INC.,** § | |
| § | |
| **DEFENDANT.** § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff commenced this action in March 2018.  Doc. 1.  Defendant originally was represented by counsel, but counsel was permitted to withdraw from the case on November 26, 2018.  Doc. 17.  The Court ordered Defendant to find new counsel and directed that new counsel file a notice of appearance within 21 days of the date of the order.  *See* Doc. 17 (citing *Sw. Express Co. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982) for the proposition that a corporation may appear in a court of record only through an attorney).  When Defendant failed to do so, the Court issued an order directing Defendant to show cause no later than February 22, 2019, why a default and default judgment should not be entered against it.  Doc. 18.  Again, Defendant failed to respond.  Accordingly, it is recommended that the Clerk of the Court be directed to enter a default against Defendant.

**SIGNED**, April 9, 2019.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of this report and recommendation will be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). An objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996), *modified by statute,* 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).